UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE  
    **Enrico Joseph Battaglia**  
        Debtor(s)

CHAPTER 13  
Case No. 24-20121-PRW  
ORDER DISMISSING CASE

_____

    As the above debtor is in default under the terms of his/her plan as appears from the sworn statement of the Trustee, and due notice having been given to said debtor and his/her attorney, and George M. Reiber, Chapter 13 Trustee in the above entitled case, having moved this Court for an Order Dismissing case, pursuant to F.R.B.P. 1017 and 11 U.S.C. §1307, and no one having appeared in opposition thereto,

Now, on motion of George M. Reiber, Trustee, it is

**ORDERED** that the petition filed under Chapter 13 of the Bankruptcy Code on **March 5, 2024** be dismissed pursuant to 11 U.S.C. §1307(c)(1) and (c)(3), unreasonable delay which is prejudicial to creditors.; and it is

**ORDERED** that the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary and proper; and it is further

**ORDERED** that the Trustee shall take all necessary steps to close this case; and it is further

**ORDERED** that all creditors of this proceeding be, and they hereby are, notified of the dismissal of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.

                                                          /s/  
                                        HON. PAUL R. WARREN  
                                        U.S. BANKRUPTCY JUDGE

Dated: April 11, 2024  
Rochester, New York