**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>　　Enrico Joseph Battaglia<br><br>　　　　　Debtor(s) | Case No.: 2−24−20121−PRW<br>Chapter: 13<br><br>SSN:　xxx−xx−1936 |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 11, 2024.

Date: April 11, 2024　　　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form ntcdsm/Doc 26
www.nywb.uscourts.gov