# Notice Recipients

District/Off: 0209−2   User: admin   Date Created: 4/11/2024
Case: 2−24−20121−PRW   Form ID: ntcdsm   Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
21980857   TLOA of NY LLC

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Enrico Joseph Battaglia | 123 Brooklea Dr. | Rochester, NY 14624 | |
| tr | George M. Reiber | 3136 S. Winton Road, Suite 206 | Rochester, NY 14623 | |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |
| 21982602 | Absolute Resolutions Investments, LLC | c/o Absolute Resolutions Corporation | 8000 Norman Center Drive, Suite 350 | Bloomington, MN 55437 |
| 21980855 | Absolutute Resolution Investments, LLC | 1455 Fraze Road Suite 550 | San Diego, CA 92108 | |
| 21980858 | Arcon Credit | 8425 Season Parkway Suite 106 | Woodbury, MN 55125 | TLOA of NY LLC |
| 21980856 | Bank of America N.A. | 100 North Tryon Street | Charlotte, NC 28202 | TLOA of NY LLC |
| 21980854 | Discover Bank | 6500 New Albany Road | New Albany, OH 43054 | |
| 21983130 | Discover Bank | PO Box 3025 | New Albany, OH 43054−3025 | |

TOTAL: 9