# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−2 | User: admin | Date Created: 4/11/2024 |
| Case: 2−24−20121−PRW | Form ID: pdforder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      George M. Reiber      trustee13@roch13.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Enrico Joseph Battaglia      123 Brooklea Dr.      Rochester, NY 14624
smg      Office of the U.S. Trustee      100 State Street, Room 6090      Rochester, NY 14614

TOTAL: 2